### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRITECORE HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-207-SLP |
| | ) | |
| AMERICAN FARMERS & RANCHERS | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| an Oklahoma Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| AMERICAN FARMERS & RANCHERS | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| an Oklahoma Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-217-SLP |
| | ) | |
| INTUITIVE WEB SOLUTIONS, LLC, | ) | |
| and BRITECORE HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### **ADMINISTRATIVE CLOSING ORDER**

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action in her records without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **forty-five (45) days** from the date of this Order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 16th day of August, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE